# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1531
Lower Tribunal No. 2017-CF-001613

_____

AVONTE TRESHAWN-MICHAEL VAUGHAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Osceola County.
Keith A. Carsten, Judge.

June 18, 2024

PER CURIAM.

AFFIRMED.

SMITH, MIZE AND BROWNLEE, JJ., concur.


Rachael E. Reese and Olivia M. Goodman, of O'Brien Hatfield Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED